| | |
|---|---|
| 1 | Grainne Callan, Esq. (SBN 318962) |
| 2 | GRAINNE CALLAN, ESQ.<br>1030 E. El Camino Real #374 |
| 3 | Sunnyvale, CA 94087<br>408-982-6224 |
| 4 | |
| 5 | Attorney for Defendant, Vyanca Soto |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIEH IRAVANIAN, individually, and on behalf of herself and others similarly situated, | Case No.: 4:22-CV-9157-JST |
| Plaintiffs, | **PROOF OF SERVICE** |
| vs. | |
| TRANSLATIONS.COM, INC., a Nevada Corporation; TRANSPERFECT, INC., a Nevada Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

# PROOF OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18 years and not a party to this action; my business address is: 1030 E. El Camino Real #374, Sunnyvale, CA 94087.

On the date specified below, I served the foregoing document(s):

MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS, OR ALTERNATIVELY, TO STAY

DECLARATION OF HANIEH IRAVANIAN

on the interested party(ies) in this action by emailing true copies thereof addressed as follows:

| | |
|---|---|
| STEVE L. HERNÁNDEZ (SBN 229065)<br>steve.hernandez@dlapiper.com<br>JOSE POMPOSO BARAJAS (321034)<br>jose.pomposo@us.dlapiper.com<br>DLA PIPER LLP (US)<br>550 South Hope Street<br>Suite 2400<br>Los Angeles, California 90071-2618<br>Tel: 213.3J0.7700<br>Fax: 213.330.7701 | |

☒ BY ELECTRONIC TRANSMISSION: I caused such document(s) to be emailed to the email address of the addressee (s) above.

☒ [STATE] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed February 23, 2022 at Sunnyvale, California.

_____
Grainne Callan