United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIEH IRAVANIAN,<br><br>       Plaintiff,<br><br>   v.<br><br>TRANSLATIONS.COM, INC., et al.,<br><br>       Defendants. | Case No. 22-cv-09157-JST<br><br>**ORDER REGARDING JOINT STIPULATION TO CONTINUE CASE DEADLINES**<br><br>Re: ECF No. 51 |

The parties have entered into a stipulation to continue case deadlines in this action. ECF No. 51. The Court finds good cause to continue the case deadlines and orders as follows:

| Event | Deadline |
|---|---|
| Mediation deadline | April 16, 2025 |
| Fact discovery cut-off | May 2, 2025 |
| Expert disclosures | May 23, 2025 |
| Expert rebuttal | June 13, 2025 |
| Expert discovery cut-off | July 4, 2025 |
| Dispositive motion hearing deadline | August 28, 2025 |
| Pretrial conference statement due | December 5, 2025 |
| Pretrial conference | December 12, 2025 at 2:00 p.m. |

/ / /

| Event | Deadline |
|---|---|
| Trial | January 12, 2026 at 8:00 a.m. |

**IT IS SO ORDERED.**

Dated: January 17, 2025



_____
JON S. TIGAR
United States District Judge