UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANIEH IRAVANIAN,

Plaintiff,

v.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.,

Defendant.

Case No. 22-cv-09157-JST   (LJC)

**NOTICE OF REFERRAL FOR DISCOVERY**

Re: Dkt. No. 80

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery.  The undersigned is reviewing the parties' joint discovery letter (Re: Dkt. No. 78), and will order a telephone conference, hearing, and/or further briefing, if needed.  For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

Please contact the Courtroom Deputy Clerk  at ljccrd@cand.uscourts.gov with any questions.

**IT IS SO ORDERED.**

Dated: February 6, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge